# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                             §
                                                   §
Michael Petro                                      §        Case No. 15-24086
Debbie Petro                                       §
                                                   §
                                                   §
                    Debtors                        §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/15/2015 .  The undersigned trustee was appointed on 07/15/2015 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of            $            6,847.06

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 2.11 |
| Bank service fees | 110.04 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $            6,734.91 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  11/20/2015  and the deadline for filing governmental claims was  01/11/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,434.71 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,434.71 , for a total compensation of $ 1,434.71 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 71.48 , for total expenses of $ 71.48 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 03/28/2017                    By:/s/Cindy M. Johnson
                                        Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-24086 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson |
|---|---|---|---|---|---|---|
| Case Name: | Michael Petro | | | | Date Filed (f) or Converted (c): | 07/15/2015 (f) |
| | Debbie Petro | | | | 341(a) Meeting Date: | 08/10/2015 |
| For Period Ending: | 03/28/2017 | | | | Claims Bar Date: | 11/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  IL Treasurer-unclaimed property (u) | 0.00 | 162.42 | | 162.42 | FA |
| 2.  Anticipated Tax Refund For 2015 Tax Year (u) | Unknown | 0.00 | | 2,106.64 | FA |
| 3.  Real Property | 281,904.91 | 281,904.91 | | 0.00 | FA |
| 4.  Checking, savings or other financial accounts, certificates | 200.00 | Unknown | | 0.00 | FA |
| 5.  Household goods and furnishings, including audio, video, and | 600.00 | Unknown | | 0.00 | FA |
| 6.  Household goods and furnishings, including audio, video, and | 400.00 | Unknown | | 0.00 | FA |
| 7.  Wearing apparel. | 300.00 | Unknown | | 0.00 | FA |
| 8.  Wearing apparel. | 600.00 | Unknown | | 0.00 | FA |
| 9.  Interests in insurance policies | 0.00 | Unknown | | 0.00 | FA |
| 10.  Interests in insurance policies | 0.00 | Unknown | | 0.00 | FA |
| 11.  Stock and interests in incorported and unincorporated busine | 0.00 | Unknown | | 0.00 | FA |
| 12.  Automobiles, trucks, trailers, and other vehicles and access | 14,034.00 | Unknown | | 0.00 | FA |
| 13.  Automobiles, trucks, trailers, and other vehicles and access | 15,524.00 | Unknown | | 0.00 | FA |
| 14.  Machinery, fixtures, equipment, and supplies used in busines | 3,070.00 | 0.00 | | 0.00 | FA |
| 15.  Machinery, fixtures, equipment, and supplies used in busines | 5,705.00 | 0.00 | | 905.00 | FA |
| 16.  Machinery, fixtures, equipment, and supplies used in busines | 10,473.00 | Unknown | | 3,673.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $332,810.91 | $282,067.33 | | $6,847.06 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Waiting for final payment from debtor buy-back of vehicles.

Exhibit A

RE PROP #     1    --    Monies held by the Illinois Treasurer - unclaimed property division

RE PROP #     2    --    Estate's share of refund for percentage of year is 47.9% of the $4,398.00.  Balance
                        applied to payments due by debtors for their court approved buy back of estate's
                        interest of vehicles.

RE PROP #     3    --    Single Family Residence at 25011 Ambrose Road
                        Plainfield, IL 60585 Primary Residence.

RE PROP #     4    --    PNC Bank Checking Account

RE PROP #     5    --    1 Kitchen Table and 6 Chairs, 2 Couches, 1 Love
                        Seat, 3 Televisions, 3 Childrens Bedroom Sets, 1
                        Master Bedroom Set

RE PROP #     6    --    1 Computer and Desk

RE PROP #     7    --    work clothing

RE PROP #     8    --    Childrens Clothing

RE PROP #     9    --    Protective Life Insurance Term $600,000 face
                        amount (No cash value)

RE PROP #    10    --    Protective Life Insurance Term $600,000 face
                        amount (No cash value)

RE PROP #    11    --    Double A Electric, Inc. Company disolved March 31,
                        2015.

RE PROP #    12    --    2013 Ford F-150 Pick-Up - 24,500 miles

RE PROP #    13    --    2009 Audi A Quatro 40,000 miles.

RE PROP #    14    --    6 Ladders, 3 Drills, 2 Benders, 4 Job Site Boxes,
                        Small Hand Tools.

RE PROP #    15    --    Vehicle used in business: 2006 Ford E350 with
                        101,000 miles. Company Disolved March 31, 2015 (order approving buyout doc 41)

RE PROP #    16    --    Automobile used in business: 2008 Ford E250 with
                        60,000 miles. Company disolved March 31, 2015. (order approving buyout doc 41)

Initial Projected Date of Final Report (TFR): 02/24/2017          Current Projected Date of Final Report (TFR): 02/24/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 15-24086 | | | Trustee Name: | Cindy M. Johnson | |
| Case Name: | Michael Petro | | | Bank Name: | BOK Financial | |
| | Debbie Petro | | | Account Number/CD#: | XXXXXX0187 | |
| | | | | | Checking | |
| Taxpayer ID No: | XX-XXX1678 | | | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 03/28/2017 | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/05/16 | 1 | Leslie Geissler Munger Comptroller - State of Illinois 325 West Adams Street Springfield, IL 62704-1871 | IL Treasurer-unclaimed property Monies held by the Illinois Treasurer - unclaimed property division | 1229-000 | $162.42 | | $162.42 |
| 04/12/16 | 16 | First Community Financial Bank - Deborah Petro Jon Dowat Attorney at Law 40 Shuman Blvd., Suite 320 Naperville, IL 60563 | Buy out interest in the estate 2008 ford e250 cargo van | 1129-000 | $2,000.00 | | $2,162.42 |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,152.42 |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,142.42 |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,132.42 |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,122.42 |
| 08/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,112.42 |
| 09/14/16 | | United States Treasury P.O. BOX 51320 Philadelphia, PA 19115-6320 | 2015 Tax Refund | | $4,398.00 | | $6,510.42 |
| | | | Gross Receipts            $4,398.00 | | | | |
| | 2 | | Anticipated Tax Refund For 2015 Tax Year            $2,106.64 | 1224-000 | | | |
| | 15 | | Machinery, fixtures, equipment, and supplies used in busines            $618.36 | 1129-000 | | | |
| | 16 | | Machinery, fixtures, equipment, and supplies used in busines            $1,673.00 | 1129-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*            Page Subtotals:            $6,560.42            $50.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 15-24086
Case Name: Michael Petro
　　　　　　　Debbie Petro

Taxpayer ID No: XX-XXX1678
For Period Ending: 03/28/2017

Trustee Name: Cindy M. Johnson
Bank Name: BOK Financial
Account Number/CD#: XXXXXX0187
　　　　　　　Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,500.42 |
| 10/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,490.42 |
| 11/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,480.42 |
| 12/06/16 | 15 | Deborah Petro | Buy out interest in the estate buy back box truck and cargo van | 1129-000 | $286.64 | | $6,767.06 |
| 12/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,757.06 |
| 01/31/17 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.04 | $6,747.02 |
| 02/21/17 | 101 | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | 2017 Blanket Bond | 2300-000 | | $2.11 | $6,744.91 |
| 02/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,734.91 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $6,847.06 | $112.15 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $6,847.06 | $112.15 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $6,847.06 | $112.15 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals:　　　　　　　　$286.64　　　　$62.15

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0187 - Checking | $6,847.06 | $112.15 | $6,734.91 |
| | $6,847.06 | $112.15 | $6,734.91 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,847.06 |
| Total Gross Receipts: | $6,847.06 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-24086                                                                      Date: March 28, 2017
Debtor Name: Michael Petro
Claims Bar Date: 11/20/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $1,434.71 | $1,434.71 |
| 100 2200 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $71.48 | $71.48 |
| 1 280 5800 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, Pa 19101-7346 | Priority | | $250,000.00 | $127,501.66 | $127,501.66 |
| 13 280 5800 | Illinois Department Of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority | | $0.00 | $29,384.53 | $29,384.53 |
| 14 280 5800 | Illinois Department Of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority | | $1,766.00 | $3,445.11 | $3,445.11 |
| 2 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $5,966.00 | $5,966.04 | $5,966.04 |
| 3 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $5,264.00 | $5,264.96 | $5,264.96 |
| 4 300 7100 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $440.00 | $119.78 | $119.78 |
| 6 300 7100 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $4,014.00 | $4,014.37 | $4,014.37 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 15-24086                                                                                      Date: March 28, 2017
Debtor Name: Michael Petro
Claims Bar Date: 11/20/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7<br>300<br>7100 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $2,044.00 | $2,044.39 | $2,044.39 |
| 8<br>300<br>7100 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $1,835.00 | $1,835.85 | $1,835.85 |
| 9<br>300<br>7100 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $8,286.00 | $8,286.28 | $8,286.28 |
| 11<br>300<br>7100 | Portfolio Recovery Associates, Llc<br>Successor To Chase Bank Usa,<br>N.A.<br>(Disney)<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | | $15,305.00 | $15,628.09 | $15,628.09 |
| 12<br>300<br>7100 | Portfolio Recovery Associates, Llc<br>Successor To Fia Card Services,<br>N.A.<br>(Mbna)<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | | $6,648.00 | $6,647.74 | $6,647.74 |
| 15<br>350<br>7200 | Concord Electric Supply Ltd.<br>500 West Cummings, Park Suite<br>2350<br>Woburn, Ma 01801 | Unsecured | | $0.00 | $4,490.72 | $4,490.72 |
| 1a<br>380<br>7300 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, Pa 19101-7346 | Unsecured | | $0.00 | $75.10 | $75.10 |
| 13a<br>380<br>7300 | Illinois Department Of Revenue<br>Bankruptcy Section<br>Po Box 64338<br>Chicago Il 60664-0338 | Unsecured | | $0.00 | $3,835.05 | $3,835.05 |
| 14a<br>380<br>7300 | Illinois Department Of Revenue<br>Bankruptcy Section<br>Po Box 64338<br>Chicago Il 60664-0338 | Unsecured | | $0.00 | $431.00 | $431.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-24086                                                                                                                                  Date: March 28, 2017
Debtor Name: Michael Petro
Claims Bar Date: 11/20/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5<br>400<br>4110 | Capital One Auto Finance<br>A Division Of Capital One, N.A.<br>Po Box 201347<br>Arlington, Tx 76006 | Secured | | $30,090.00 | $27,871.02 | $27,871.02 |
| 10<br>400<br>4110 | Lvnv Funding Llc C/O Resurgent<br>Capital Services<br>P.O. Box 10675<br>Greenville, Sc 29603-0675 | Secured | | $31,522.00 | $27,354.07 | $27,354.07 |
| | Case Totals | | | $363,180.00 | $275,701.95 | $275,701.95 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: March 28, 2017

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-24086
Case Name: Michael Petro
       Debbie Petro
Trustee Name: Cindy M. Johnson

Balance on hand                            $          6,734.91

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | Lvnv Funding Llc C/O Resurgent Capital Services | $ 27,354.07 | $ 27,354.07 | $ 0.00 | $ 0.00 |
| 5 | Capital One Auto Finance | $ 27,871.02 | $ 27,871.02 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors       $          0.00

Remaining Balance                   $      6,734.91

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Cindy M. Johnson | $ 1,434.71 | $ 0.00 | $ 1,434.71 |
| Trustee Expenses: Cindy M. Johnson | $ 71.48 | $ 0.00 | $ 71.48 |

Total to be paid for chapter 7 administrative expenses      $      1,506.19

Remaining Balance                   $      5,228.72

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 160,331.30  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $ 127,501.66 | $ 0.00 | $ 4,158.08 |
| 13 | Illinois Department Of Revenue | $ 29,384.53 | $ 0.00 | $ 958.29 |
| 14 | Illinois Department Of Revenue | $ 3,445.11 | $ 0.00 | $ 112.35 |

Total to be paid to priority creditors          $          5,228.72

Remaining Balance          $          0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 49,807.50  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Discover Bank | $ 5,966.04 | $ 0.00 | $ 0.00 |
| 3 | Discover Bank | $ 5,264.96 | $ 0.00 | $ 0.00 |
| 4 | Capital One Bank (Usa), N.A. | $ 119.78 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | American Express Bank, Fsb | $ 4,014.37 | $ 0.00 | $ 0.00 |
| 7 | American Express Bank, Fsb | $ 2,044.39 | $ 0.00 | $ 0.00 |
| 8 | American Express Centurion Bank | $ 1,835.85 | $ 0.00 | $ 0.00 |
| 9 | American Express Bank, Fsb | $ 8,286.28 | $ 0.00 | $ 0.00 |
| 11 | Portfolio Recovery Associates, Llc | $ 15,628.09 | $ 0.00 | $ 0.00 |
| 12 | Portfolio Recovery Associates, Llc | $ 6,647.74 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $_____ 0.00

Remaining Balance          $_____ 0.00

 

Tardily filed claims of general (unsecured) creditors totaling $ 4,490.72  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 15 | Concord Electric Supply Ltd. | $ 4,490.72 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors          $_____ 0.00

Remaining Balance          $_____ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 4,341.15  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1a | Internal Revenue Service | $ 75.10 | $ 0.00 | $ 0.00 |
| 13a | Illinois Department Of Revenue | $ 3,835.05 | $ 0.00 | $ 0.00 |
| 14a | Illinois Department Of Revenue | $ 431.00 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors       $_____0.00

Remaining Balance       $_____0.00