**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| Petro, Michael | ) | CASE NO. 15-24086 |
| Petro, Debbie | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

**CERTIFICATE OF SERVICE**

      I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on March 31, 2017.

Cindy M. Johnson                                                      /s/ Cindy M. Johnson
140 S. Dearborn St.
Suite 1510
Chicago, IL 60603
312-345-1306

**SERVICE LIST**

## Electronic Mail Notice List

- John J Conway    johnconway@shlawfirm.com
- Jon N. Dowat    thinkingoutside@comcast.net, atty_dowat@bluestylus.com
- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Terri M Long    tmlong@tmlong.com, Courts@tmlong.com
- Rachael A Stokas    ND-Two@il.cslegal.com
- Gloria C Tsotsos    nd-two@il.cslegal.com

## Manual Notice List

See attached list

Michael Petro
Debbie Petro
25011 AMBROSE ROAD
PLAINFIELD, IL 60585

Advanta Bank Corp/cws
Po Box 9217
Old Bethpage, NY 11804-9017

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Bank of America
Visa Business Card
PO Box 15184
Wilmington, DE 19850-5184

Capital One Auto Finance
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006-1347

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One Auto Finance
3905 N Dallas Pkwy
Plano, TX 75093-7892

Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130-0285

Citi Card
Processing Center
Des Moines, IA 50363-0001

Concord Electric Supply Ltd.
500 West Cummings, Park Suite 2350
Woburn, MA 01801-6544

Credit Management Cont
Po Box 1654
Green Bay, WI 54305-1654

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Jon N. Dowat
Thinking Outside the Box, Inc.
40 Shuman Blvd.
Suite 320
Naperville, IL 60563-8654

First Midwest Bank
One Pierce Place, Suite 1500
Itasca, IL 60143-1254

First Midwest Bank
c/o John Conway
Sullivan Hincks & Conway
120 W. 22nd Street, Suite 100
Oak Brook, IL 60523-4067

First Midwest Bank
PO Box 2557
Omaha, NE 68103-2557

First Midwest Bank  Sullivan
Hincks & Conway  120 W. 22nd
Street, Suite 100
Oak Brook, IL 60523-4067

Graybar Electric
900 Regency Drive
Glendale Heights, IL 60139-2295

Home Depot Credit Services
Dept 32-2541759597
PO Box 183176
Columbus, OH 43218-3176

HSBC Business Solutions
PO Box 5219
Carol Stream, IL 60197-5219

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, Illinois 60664-0338

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

LVNV Funding LLC c/o Resurgent Capital Servi
P.O. Box 10675
Greenville, SC 29603-0675

Lvnv Funding Llc
C/o Resurgent Capi
Po Box 10497, Ste. 110 MS
Greenville, SC 29603-0497

Merchants Cr
223 W. Jackson Blvd.
Suite 400
Chicago, IL 60606-6974

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Unifund CCR LLC
106S25 Techwds Cir.
Cincinnati, OH 45249

VW CREDIT, INC.
14841 Dallas Parkway, Suite 300
Dallas, TX 75254-7883

(p)VOLKSWAGEN CREDIT UNION
1401 FRANKLIN BLVD
LIBERTYVILLE IL 60048-4460

WELLS FARGO BANK, N.A.
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

WELLS FARGO BANK, N.A.
Attention: Bankruptcy Department
MAC D3347-014
3476 STATEVIEW BLVD
FORT MILL, SC 29715-7203