UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Michael Petro | § | Case No. 15-24086 |
| Debbie Petro | § | |
| | § | |
| Debtors | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Cindy M. Johnson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 311,532.91          Assets Exempt: 16,700.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 5,228.72          Claims Discharged
                                                    Without Payment:  665,833.63

Total Expenses of Administration:  1,618.34

3) Total gross receipts of $ 6,847.06  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 6,847.06  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 359,231.91 | $ 55,225.09 | $ 55,225.09 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,618.34 | 1,618.34 | 1,618.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 264,317.00 | 160,331.30 | 160,331.30 | 5,228.72 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 191,722.77 | 58,639.37 | 58,639.37 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 815,271.68 | $ 275,814.10 | $ 275,814.10 | $ 6,847.06 |

4)  This case was originally filed under chapter 7 on  07/15/2015 .  The case was pending for 25 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/27/2017                    By:/s/Cindy M. Johnson
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Machinery, fixtures, equipment, and supplies used in busines | 1129-000 | 905.00 |
| Machinery, fixtures, equipment, and supplies used in busines | 1129-000 | 3,673.00 |
| Anticipated Tax Refund For 2015 Tax Year | 1224-000 | 2,106.64 |
| IL Treasurer-unclaimed property | 1229-000 | 162.42 |
| TOTAL GROSS RECEIPTS | | $ 6,847.06 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Audi Financial Services PO Box 3 Hillsboro, OR 97123 | | 15,715.00 | NA | NA | 0.00 |
| | First Midwest Bank One Pierce Place, Suite 1500 Itasca, IL 60143 | | 91,138.91 | NA | NA | 0.00 |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | 190,766.00 | NA | NA | 0.00 |
| 5 | Capital One Auto Finance | 4110-000 | 30,090.00 | 27,871.02 | 27,871.02 | 0.00 |
| 10 | Lvnv Funding Llc C/O Resurgent Capital Services | 4110-000 | 31,522.00 | 27,354.07 | 27,354.07 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 359,231.91 | $ 55,225.09 | $ 55,225.09 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cindy M. Johnson | 2100-000 | NA | 1,434.71 | 1,434.71 | 1,434.71 |
| Cindy M. Johnson | 2200-000 | NA | 71.48 | 71.48 | 71.48 |
| International Sureties, Ltd. | 2300-000 | NA | 2.11 | 2.11 | 2.11 |
| Bank of Kansas City | 2600-000 | NA | 100.04 | 100.04 | 100.04 |
| BOK Financial | 2600-000 | NA | 10.00 | 10.00 | 10.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,618.34 | $ 1,618.34 | $ 1,618.34 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Delinquency Unit PO BOX 19035 Springfield, IL 62794 | | 1,714.00 | NA | NA | 0.00 |
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | 10,837.00 | NA | NA | 0.00 |
| 13 | Illinois Department Of Revenue | 5800-000 | NA | 29,384.53 | 29,384.53 | 958.29 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | Illinois Department Of Revenue | 5800-000 | 1,766.00 | 3,445.11 | 3,445.11 | 112.35 |
| 1 | Internal Revenue Service | 5800-000 | 250,000.00 | 127,501.66 | 127,501.66 | 4,158.08 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 264,317.00 | $ 160,331.30 | $ 160,331.30 | $ 5,228.72 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Bank Corp/cws Po Box 9217 Old Bethpage, NY 11804 | | 24,326.00 | NA | NA | 0.00 |
| | Bank of America PO Box 15026 Wilmington, DE 19850-5026 | | 6,647.74 | NA | NA | 0.00 |
| | Bank of America PO Box 15026 Wilmington, DE 19850-5026 | | 6,430.53 | NA | NA | 0.00 |
| | Bank of America Visa Business Card PO Box 15184 Wilmington, DE 19850 | | 27,354.07 | NA | NA | 0.00 |
| | Citi Card Processing Center Des Moines, IA 50363 | | 1,276.21 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit Management Cont Po Box 1654 Green Bay, WI 54305 | | 297.00 | NA | NA | 0.00 |
| | First Midwest Bank PO Box 2557 Omaha, NE 68103 | | 9,024.27 | NA | NA | 0.00 |
| | Graybar Electric 900 Regency Drive Glendale Heights, IL 60139 | | 30,000.00 | NA | NA | 0.00 |
| | Home Depot Credit Services Dept 32-2541759597 PO Box 183176 Columbus, OH 43218 | | 2,971.83 | NA | NA | 0.00 |
| | HSBC Business Solutions PO Box 5219 Carol Stream, IL 60197 | | 1,401.12 | NA | NA | 0.00 |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 120.00 | NA | NA | 0.00 |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 129.00 | NA | NA | 0.00 |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 356.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 643.00 | NA | NA | 0.00 |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 156.00 | NA | NA | 0.00 |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 326.00 | NA | NA | 0.00 |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 170.00 | NA | NA | 0.00 |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 166.00 | NA | NA | 0.00 |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 62.00 | NA | NA | 0.00 |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 170.00 | NA | NA | 0.00 |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 172.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 232.00 | NA | NA | 0.00 |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 210.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 8,467.00 | NA | NA | 0.00 |
| | Midland Funding LLC 8875 Aero Dr. Suite 200 San Diego, CA 92123 | | 8,467.00 | NA | NA | 0.00 |
| | Portfolio Recovery Attn: Bankruptcy Po Box 41067 Norfolk, VA 23541 | | 6,431.00 | NA | NA | 0.00 |
| | Unifund CCR LLC 106S25 Techwds Cir. Cincinnati, OH 45249 | | 1,124.00 | NA | NA | 0.00 |
| | Unifund CCR LLC 106S25 Techwds Cir. Cincinnati, OH 45249 | | 3,667.00 | NA | NA | 0.00 |
| | Unifund CCR LLC 106S25 Techwds Cir. Cincinnati, OH 45249 | | 1,124.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | American Express Bank, Fsb | 7100-000 | 4,014.00 | 4,014.37 | 4,014.37 | 0.00 |
| 7 | American Express Bank, Fsb | 7100-000 | 2,044.00 | 2,044.39 | 2,044.39 | 0.00 |
| 9 | American Express Bank, Fsb | 7100-000 | 8,286.00 | 8,286.28 | 8,286.28 | 0.00 |
| 8 | American Express Centurion Bank | 7100-000 | 1,835.00 | 1,835.85 | 1,835.85 | 0.00 |
| 4 | Capital One Bank (Usa), N.A. | 7100-000 | 440.00 | 119.78 | 119.78 | 0.00 |
| 2 | Discover Bank | 7100-000 | 5,966.00 | 5,966.04 | 5,966.04 | 0.00 |
| 3 | Discover Bank | 7100-000 | 5,264.00 | 5,264.96 | 5,264.96 | 0.00 |
| 11 | Portfolio Recovery Associates, Llc | 7100-000 | 15,305.00 | 15,628.09 | 15,628.09 | 0.00 |
| 12 | Portfolio Recovery Associates, Llc | 7100-000 | 6,648.00 | 6,647.74 | 6,647.74 | 0.00 |
| 15 | Concord Electric Supply Ltd. | 7200-000 | NA | 4,490.72 | 4,490.72 | 0.00 |
| 13a | Illinois Department Of Revenue | 7300-000 | NA | 3,835.05 | 3,835.05 | 0.00 |
| 14a | Illinois Department Of Revenue | 7300-000 | NA | 431.00 | 431.00 | 0.00 |
| 1a | Internal Revenue Service | 7300-000 | NA | 75.10 | 75.10 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 191,722.77 | $ 58,639.37 | $ 58,639.37 | $ 0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No: | 15-24086 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson |
|---|---|---|---|---|---|---|
| Case Name: | Michael Petro | | | | Date Filed (f) or Converted (c): | 07/15/2015 (f) |
| | Debbie Petro | | | | 341(a) Meeting Date: | 08/10/2015 |
| For Period Ending: | 07/27/2017 | | | | Claims Bar Date: | 11/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  IL Treasurer-unclaimed property (u) | 0.00 | 162.42 | | 162.42 | FA |
| 2.  Anticipated Tax Refund For 2015 Tax Year (u) | Unknown | 0.00 | | 2,106.64 | FA |
| 3.  Real Property | 281,904.91 | 281,904.91 | | 0.00 | FA |
| 4.  Checking, savings or other financial accounts, certificates | 200.00 | Unknown | | 0.00 | FA |
| 5.  Household goods and furnishings, including audio, video, and | 600.00 | Unknown | | 0.00 | FA |
| 6.  Household goods and furnishings, including audio, video, and | 400.00 | Unknown | | 0.00 | FA |
| 7.  Wearing apparel. | 300.00 | Unknown | | 0.00 | FA |
| 8.  Wearing apparel. | 600.00 | Unknown | | 0.00 | FA |
| 9.  Interests in insurance policies | 0.00 | Unknown | | 0.00 | FA |
| 10. Interests in insurance policies | 0.00 | Unknown | | 0.00 | FA |
| 11. Stock and interests in incorported and unincorporated busine | 0.00 | Unknown | | 0.00 | FA |
| 12. Automobiles, trucks, trailers, and other vehicles and access | 14,034.00 | Unknown | | 0.00 | FA |
| 13. Automobiles, trucks, trailers, and other vehicles and access | 15,524.00 | Unknown | | 0.00 | FA |
| 14. Machinery, fixtures, equipment, and supplies used in busines | 3,070.00 | 0.00 | | 0.00 | FA |
| 15. Machinery, fixtures, equipment, and supplies used in busines | 5,705.00 | 0.00 | | 905.00 | FA |
| 16. Machinery, fixtures, equipment, and supplies used in busines | 10,473.00 | Unknown | | 3,673.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $332,810.91 | $282,067.33 | | $6,847.06 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Waiting for final payment from debtor buy-back of vehicles.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Monies held by the Illinois Treasurer - unclaimed property division |
| RE PROP # | 2 | -- | Estate's share of refund for percentage of year is 47.9% of the $4,398.00.  Balance applied to payments due by debtors for their court approved buy back of estate's interest of vehicles. |
| RE PROP # | 3 | -- | Single Family Residence at 25011 Ambrose Road Plainfield, IL 60585 Primary Residence. |
| RE PROP # | 4 | -- | PNC Bank Checking Account |
| RE PROP # | 5 | -- | 1 Kitchen Table and 6 Chairs, 2 Couches, 1 Love Seat, 3 Televisions, 3 Childrens Bedroom Sets, 1 Master Bedroom Set |
| RE PROP # | 6 | -- | 1 Computer and Desk |
| RE PROP # | 7 | -- | work clothing |
| RE PROP # | 8 | -- | Childrens Clothing |
| RE PROP # | 9 | -- | Protective Life Insurance Term $600,000 face amount (No cash value) |
| RE PROP # | 10 | -- | Protective Life Insurance Term $600,000 face amount (No cash value) |
| RE PROP # | 11 | -- | Double A Electric, Inc. Company disolved March 31, 2015. |
| RE PROP # | 12 | -- | 2013 Ford F-150 Pick-Up - 24,500 miles. |
| RE PROP # | 13 | -- | 2009 Audi A Quatro 40,000 miles. |
| RE PROP # | 14 | -- | 6 Ladders, 3 Drills, 2 Benders, 4 Job Site Boxes, Small Hand Tools. |
| RE PROP # | 15 | -- | Vehicle used in business: 2006 Ford E350 with 101,000 miles. Company Disolved March 31, 2015 (order approving buyout doc 41) |
| RE PROP # | 16 | -- | Automobile used in business: 2008 Ford E250 with 60,000 miles. Company disolved March 31, 2015. (order approving buyout doc 41) |

Initial Projected Date of Final Report (TFR): 02/24/2017          Current Projected Date of Final Report (TFR): 02/24/2017

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: 15-24086 | | Trustee Name: Cindy M. Johnson |
| Case Name: Michael Petro | | Bank Name: BOK Financial |
| Debbie Petro | | Account Number/CD#: XXXXXX0187 |
| | | Checking |
| Taxpayer ID No: XX-XXX1678 | | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/27/2017 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/05/16 | 1 | Leslie Geissler Munger Comptroller - State of Illlinois 325 West Adams Street Springfield, IL 62704-1871 | IL Treasurer-unclaimed property Monies held by the Illinois Treasurer - unclaimed property division | 1229-000 | $162.42 | | $162.42 |
| 04/12/16 | 16 | First Community Financial Bank - Deborah Petro Jon Dowat Attorney at Law 40 Shuman Blvd., Suite 320 Naperville, IL 60563 | Buy out interest in the estate 2008 ford e250 cargo van | 1129-000 | $2,000.00 | | $2,162.42 |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,152.42 |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,142.42 |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,132.42 |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,122.42 |
| 08/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,112.42 |
| 09/14/16 | | United States Treasury P.O. BOX 51320 Philadelphia, PA 19115-6320 | 2015 Tax Refund | | $4,398.00 | | $6,510.42 |
| | | | Gross Receipts          $4,398.00 | | | | |
| | 2 | | Anticipated Tax Refund For 2015 Tax Year          $2,106.64 | 1224-000 | | | |
| | 15 | | Machinery, fixtures, equipment, and supplies used in busines          $618.36 | 1129-000 | | | |
| | 16 | | Machinery, fixtures, equipment, and supplies used in busines          $1,673.00 | 1129-000 | | | |

Page Subtotals:          $6,560.42          $50.00

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-24086 | Trustee Name: Cindy M. Johnson |
| Case Name: Michael Petro | Bank Name: BOK Financial |
| Debbie Petro | Account Number/CD#: XXXXXX0187 |
| | Checking |
| Taxpayer ID No: XX-XXX1678 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/27/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,500.42 |
| 10/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,490.42 |
| 11/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,480.42 |
| 12/06/16 | 15 | Deborah Petro | Buy out interest in the estate buy back box truck and cargo van | 1129-000 | $286.64 | | $6,767.06 |
| 12/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,757.06 |
| 01/31/17 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.04 | $6,747.02 |
| 02/21/17 | 101 | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | 2017 Blanket Bond | 2300-000 | | $2.11 | $6,744.91 |
| 02/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,734.91 |
| 04/28/17 | 102 | Cindy M. Johnson 140 S. Dearborn St., Suite 1510 Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,434.71 | $5,300.20 |
| 04/28/17 | 103 | Cindy M. Johnson 140 S. Dearborn St., Suite 1510 Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $71.48 | $5,228.72 |
| 04/28/17 | 104 | Internal Revenue Service Po Box 7346 Philadelphia, Pa 19101-7346 | Final distribution to claim 1 representing a payment of 3.26 % per court order. | 5800-000 | | $4,158.08 | $1,070.64 |
| 04/28/17 | 105 | Illinois Department Of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | Final distribution to claim 13 representing a payment of 3.26 % per court order. | 5800-000 | | $958.29 | $112.35 |

| | | |
|---|---|---|
| Page Subtotals: | $286.64 | $6,684.71 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: 15-24086 | | Trustee Name: Cindy M. Johnson |
| Case Name: Michael Petro | | Bank Name: BOK Financial |
| Debbie Petro | | Account Number/CD#: XXXXXX0187 |
| | | Checking |
| Taxpayer ID No: XX-XXX1678 | | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/27/2017 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/28/17 | 106 | Illinois Department Of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | Final distribution to claim 14 representing a payment of 3.26 % per court order. | 5800-000 | | $112.35 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $6,847.06 | $6,847.06 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $6,847.06 | $6,847.06 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,847.06 | $6,847.06 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*      Page Subtotals:    $0.00    $112.35

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0187 - Checking | $6,847.06 | $6,847.06 | $0.00 |
| | $6,847.06 | $6,847.06 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,847.06 |
| Total Gross Receipts: | $6,847.06 |

Page Subtotals:                    $0.00          $0.00